# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL ACTION NO. 3:18-CR-638-S |
| | § § | |
| TERRANCE LUKE (01) | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case [ECF No. 157]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion to Withdraw Guilty Plea [ECF No. 133] is **DENIED**.

**SO ORDERED.**

SIGNED October 20, 2021.

_____
**UNITED STATES DISTRICT JUDGE**